## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN AIRLINES CO., LTD ANTITRUST LITIGATION <br><br> PLAINTIFF(S) <br><br> v. <br><br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 07-6542 SJO (MANx) <br><br> **ORDER TRANSFERRING ACTION UNDER GENERAL ORDER 05-07** <br> **(Magistrate Judge)** |

Pursuant to General Order 05-07,

    IT IS HEREBY ORDERED that the above-entitled action be transferred to the calendar of Magistrate Judge
_____ Alicia G. Ronsenberg _____ for:

☒ any discovery matters that are or may be referred by the district judge; or
☐ any matters that are referred pursuant to General Order 05-07.


_January 28, 2008_
Date

*Margaret A. Nagle*
United States Magistrate Judge


_January 24, 2008_
Date

*Alicia G. Rosenberg*
United States Magistrate Judge


### Notice to Counsel from Clerk

On all documents subsequently filed in this case, please substitute the initials _____ AGR _____ after the case number, so that the case number will read _____ CV 07-6542 SJO (AGRx) _____. This is very important because documents are routed to the assigned judges by means of these initials.