COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (11170)
FRANK J. JANECEK, JR. (156306)
CHRISTOPHER M. BURKE (214799)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
patc@csgrr.com
frankj@csgrr.com
chrisb@csgrr.com
mcalkins@csgrr.com

BECK & LEE BUSINESS TRIAL
LAWYERS
ELIZABETH LEE BECK (233742)
JARED H. BECK (233743)
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305/789-0072
786/664-3334 (fax)
elizabeth@beckandlee.com
jared@beckandlee.com

THE WESTON FIRM
GREGORY WESTON (239944)
5127 Lotus Street
San Diego, CA 92107
Telephone: 619/255-7098
480/247-4553 (fax)
greg@thewestonfirm.com

Attorneys for Plaintiffs Soon Ja Chun, Bernard Jung Kim and Elizabeth Bahn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891 |
| | No. CV-07-06542-SJO(AGRx) |
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS. | DECLARATION OF MARY LYNNE CALKINS IN SUPPORT OF [PROPOSED] CASE MANAGEMENT ORDER NO. 1 |

I, MARY LYNNE CALKINS, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a senior associate at the law firm of Coughlin Stoia Geller Rudman & Robbins LLP (the "Coughlin firm"), 655 West Broadway, Suite 1900, San Diego, California 92101. My firm serves as one of two counsel of record for indirect purchaser plaintiffs Soon Ja Chun, Bernard Jung Kim and Elizabeth Bahn. I submit this declaration in support of [Proposed] Case Management Order No. 1, providing evidentiary support for the appointment of my firm and my co-counsel, Beck & Lee, P.A., as Interim Class Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On October 9, 2007, my firm and our co-counsel Beck & Lee P.A. filed the action on behalf of plaintiffs Soon Ja Chun and Bernard Jung Kim in the Central District of California.

3. After the Judicial Panel for Multidistrict Litigation transferred numerous other cases to this District, and after this Court appointed Interim Co-Lead Counsel, a Consolidated Complaint was filed that did not include the indirect purchaser claims of plaintiffs Soon Ja Chun and Bernard Jung Kim, or the claims of a putative indirect purchaser class, *i.e.*, individuals who purchased "H" class passenger tickets from travel agents and/or consolidators.

4. To protect the interests of plaintiffs Chun and Kim as well as the putative indirect purchaser class, plaintiffs Chun and Kim filed an Amended Complaint on behalf of themselves and an indirect purchaser class on December 21, 2007.

5. At the initial pretrial conference on February 15, 2008, the Court recognized the need for appointment of Interim Co-Lead Counsel for the indirect purchaser class.

6. Headquartered in Southern California and with 190 attorneys in nine offices across the country, including Los Angeles, the Coughlin firm has both the geographical presence and the resources to prosecute this action on behalf of the

proposed class. Attached hereto as Exhibit A is a copy of the Coughlin firm's resume. As set forth in our firm resumé, Coughlin attorneys have decades of experience litigating some of the largest and most complex class actions in history, and have served as lead or co-lead counsel and recovered billions of dollars in large-scale antitrust and other complex financial class action litigations.

7. Patrick Coughlin is a founding partner and the firm's Chief Trial Counsel. Mr. Coughlin has been lead counsel in numerous large complex class actions including *Enron*, where the Firm recovered $7.2 billion for investors. He is also co-lead counsel on the large antitrust action *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720. Mr. Coughlin also helped end the Joe Camel ad campaign and secured $12.5 billion for the Cities and Counties of California in a settlement with the tobacco companies. Formerly, Mr. Coughlin was an Assistant United States Attorney in the District of Columbia and the Southern District of California, trying dozens of felony cases and a number of complex white-collar fraud matters. During this time, Mr. Coughlin helped try one of the largest criminal RICO cases ever prosecuted by the United States, *United States v. Brown*, Case No. 86-3056-SWR, as well as an infamous oil fraud scheme resulting in a complex murder-for-hire trial, *United States v. Boeckman*, Case No. 87-0676-K.

8. Frank Janecek is a founding partner of the Coughlin firm, and has practiced consumer/antitrust law for 11 years. Mr. Janecek was Co-Lead Counsel, as well as the Court-appointed Liaison Counsel, in *Wholesale Electricity Antitrust Cases I & II*, Judicial Counsel Coordination Proceedings 4204 & 4205, charging an antitrust conspiracy by wholesale electricity suppliers and traders of electricity in California's newly deregulated wholesale electricity market. In conjunction with the Governor of the State of California, the California State Attorney General, the California Public Utilities Commission, the California Electricity Oversight Board, a number of other state and local governmental entities and agencies, and California's large, investor-owned electric utilities, plaintiffs secured a global settlement for California

consumers, businesses, and local governments valued at more than $1.1 billion. Mr. Janecek chaired several of the litigation committees in California's tobacco litigation, which resulted in the $25.5 billion recovery for California and its local entities. Mr. Janecek also handled a constitutional challenge to the State of California's Smog Impact Fee, in *Ramos v. Dep't of Motor Vehicles*, No. 95AS00532 (Cal. Super. Ct., Sacramento Cty.). As a result of the *Ramos* litigation, more than a million California residents received full refunds plus interest, totaling $665 million.

9. Christopher Burke is a founding partner of the Coughlin firm and has years of experience litigating complex, multidistrict antitrust class action litigation, including in this District. Mr. Burke has served as Lead or Co-lead counsel in numerous antitrust and consumer class actions in federal and state courts, where he was instrumental in recovering hundreds of millions of dollars for plaintiffs. Mr. Burke was on the trial teams that successfully prosecuted the *In re Disposable Contact Lens Antitrust Litig.* ($89 million) and *Schwartz v. Visa* ($800 million). Mr. Burke currently serves as Lead or Co-lead Counsel in the following antitrust cases: *In re Interchange Payment Card and Merchant Discount Litigation*, MDL No. 1720 (the world's largest antitrust action in terms of dollar value of commerce); *In re Currency Conversion Antitrust Litigation*, MDL No. 1409 ($336 million). Mr. Burke was previously an Assistant Attorney General of the Wisconsin Department of Justice.

10. Mary Lynne Calkins is a senior associate at the Coughlin firm, with 10 years of legal experience and more than 6 years experience in complex, multidistrict and class action litigation, including in this District. She has served as Lead or Co-lead Counsel in cases credited with substantial plaintiff recoveries totaling hundreds of millions of dollars. Ms. Calkins' antitrust experience includes *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720; *In re Late Fee and Overlimit Fee Antitrust Litigation*, No. 09-15218 (9th Cir.) (challenging the supracompetitive pricing of late fees and over-limit fees on antitrust and substantive due process grounds); *In re Graphics Processing Units Antitrust*

*Litigation*, MDL No. 1826; and *In re LTL Shipping Services Antitrust Litigation*, MDL No. 1895 (challenging the inflated pricing and illegal fixing of fuel surcharges in the trucking industry).

11. Appointment of the Coughlin firm and Beck & Lee[1] as interim class counsel is appropriate. Attorneys Christopher Burke and Mary Lynne Calkins of the Coughlin firm, and Elizabeth Lee Beck and Jared Beck of Beck & Lee have been working together to investigate the claims that have been and may be asserted on behalf of the indirect purchaser plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of March, 2008, at San Diego, California.

MARY LYNNE CALKINS

S:\CasesSD\Korean Air\DEC0049898.doc

---

1 Details about Beck & Lee are set forth in the concurrently filed Declaration of Elizabeth Lee Beck.

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 13, 2008.

s/ MARY LYNNE CALKINS
MARY LYNNE CALKINS

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: Mcalkins@csgrr.com

# Mailing Information for a Case 2:07-ml-01891-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G Badal**
  robert.badal@hellerehrman.com
- **Lori S Brody**
  lbrody@kaplanfox.com
- **Mary Lynne Calkins**
  mcalkins@csgrr.com,e_file_sd@csgrr.com
- **J Clayton Everett**
  jeverett@morganlewis.com,ijalloh@morganlewis.com
- **Jennifer A Kagan**
  jenni@hulettharper.com
- **Susan G Kupfer**
  skupfer@glancylaw.com
- **Bethany L Marvin**
  bethany.marvin@hellerehrman.com
- **Jon L Rewinski**
  jon.rewinski@hellerehrman.com,ramara.williams@hellerehrman.com
- **Dennis Stewart**
  dstewart@hulettharper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Laura Albee et al**
,

**James Lee**
,

**Gregory S Weston**
Weston Firm
5127 Lotus St
San Diego, CA 92107

6

# Mailing Information for a Case 2:07-cv-06542-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jared H Beck**
  jared@beckandlee.com
- **Christopher M Burke**
  chrisb@csgrr.com
- **Mary Lynne Calkins**
  mcalkins@csgrr.com,e_file_sd@csgrr.com
- **Patrick J Coughlin**
  patc@csgrr.com,lisamp@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Eliabeth Bahn**
,

**Elizabeth Lee Beck**
Beck and Lee Business Trial Lawyers
28 West Flagler Street, Suite 555
Miami, FL 33130

**Gregory S Weston**
Weston Firm
5127 Lotus Street
San Diego, CA 92107