COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN (11170)
FRANK J. JANECEK, JR. (156306)
CHRISTOPHER M. BURKE (214799)
MARY LYNNE CALKINS (212171)
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)
patc@csgrr.com
frankj@csgrr.com
chrisb@csgrr.com
mcalkins@csgrr.com

BECK & LEE BUSINESS TRIAL
  LAWYERS
ELIZABETH LEE BECK (233742)
JARED H. BECK (233743)
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305/789-0072
786/664-3334 (fax)
elizabeth@beckandlee.com
jared@beckandlee.com

Attorneys for Plaintiffs Soon Ja Chun, Bernard Jung Kim and Elizabeth Bahn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891 |
| | No. CV-07-06542-SJO(AGRx) |
| This Document Relates To: | NOTICE OF LODGING OF [PROPOSED] CASE MANAGEMENT ORDER NO. 1 |
| ALL INDIRECT PURCHASER ACTIONS. | |

[REVISED PURSUANT TO MARCH 14, 2008 ORDER]

TO: THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Rule 16 of the Federal Rules of Civil Procedure and General Order No. 08-02 of this Court, the Indirect Purchaser Plaintiffs have lodged a [Proposed] Case Management Order No. 1 in the above-referenced litigation, a true and correct copy of which is attached hereto as Exhibit A.

DATED: March 20, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK J. COUGHLIN
FRANK J. JANECEK, JR.
CHRISTOPHER M. BURKE
MARY LYNNE CALKINS

s/ MARY LYNNE CALKINS
MARY LYNNE CALKINS

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

BECK & LEE BUSINESS TRIAL
  LAWYERS
ELIZABETH LEE BECK
JARED H. BECK
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: 305/789-0072
786/664-3334 (fax)

Attorneys for Plaintiffs Soon Ja Chun, Bernard Jung Kim and Elizabeth Bahn

S:\WordTools\WordCaps\Korean Air_MDL.doc

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 20, 2008.

        s/ MARY LYNNE CALKINS
MARY LYNNE CALKINS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: Mcalkins@csgrr.com

# Mailing Information for a Case 2:07-ml-01891-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert G Badal**
  robert.badal@hellerehrman.com

- **Lori S Brody**
  lbrody@kaplanfox.com

- **Mary Lynne Calkins**
  mcalkins@csgrr.com,e_file_sd@csgrr.com

- **J Clayton Everett**
  jeverett@morganlewis.com,ijalloh@morganlewis.com

- **Jennifer A Kagan**
  jenni@hulettharper.com

- **Susan G Kupfer**
  skupfer@glancylaw.com

- **Bethany L Marvin**
  bethany.marvin@hellerehrman.com

- **Jon L Rewinski**
  jon.rewinski@hellerehrman.com,ramara.williams@hellerehrman.com

- **Daniel N Shallman**
  dshallman@omm.com

- **Dennis Stewart**
  dstewart@hulettharper.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Laura Albee et al
,

James Lee
,

Gregory S Weston
Weston Firm
```

3

5127 Lotus St
San Diego, CA 92107

4

# Mailing Information for a Case 2:07-cv-06542-SJO-AGR

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Elizabeth Lee Beck**
  elizabeth@beckandlee.com

- **Jared H Beck**
  jared@beckandlee.com

- **Christopher M Burke**
  chrisb@csgrr.com

- **Mary Lynne Calkins**
  mcalkins@csgrr.com,e_file_sd@csgrr.com

- **Patrick J Coughlin**
  patc@csgrr.com,lisamp@csgrr.com,e_file_sd@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gregory S Weston
Weston Firm
5127 Lotus Street
San Diego, CA 92107
```

5