1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION, | MDL NO. 1891 <br><br> MASTER FILE <br> CASE NO.: 2:07-CV-06542-SJO (AGRx) |
|---|---|
| This Document Relates to: <br><br> INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED INDIRECT PURCHASER CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE** |

## [PROPOSED] ORDER

The parties' stipulation regarding the extension of time to respond to the Third Amended Indirect Purchaser Class Action Complaint by Korean Airlines Co., Ltd. ("Korean Air") is hereby approved.

Accordingly, for good cause shown, the Court hereby orders as follows:

1   Defendant Korean Airlines Co., Ltd. is hereby granted an extension to
2   November 3, 2011 to respond to the Third Amended Indirect Purchaser Class
3   Action Complaint in the above-captioned matter.
4   If Defendant Korean Airlines Co., Ltd. files a motion in response to
5   the Third Amended Indirect Purchaser Class Action Complaint in the above-
6   captioned matter, then the briefing schedule regarding the motion shall be as
7   follows:
8       1.   Indirect Purchaser Plaintiffs' deadline for filing an
9   opposition to the motion shall be December 1, 2011;
10      2.   Korean Air's deadline for filing a reply in support of the
11  motion shall be December 22, 2011; and
12      3.   A hearing on the motion shall be scheduled in this Court
13  for January 9, 2012 at 10:00 a.m.

15  IT IS SO ORDERED.

18  Dated: _____, 2011

            HONORABLE S. JAMES OTERO
          UNITED STATES DISTRICT COURT JUDGE

1  Respectfully Submitted:

2  DONALD L. MORROW (SB# 66922)
   donaldmorrow@paulhastings.com
3  PANTEHA ABDOLLAHI (SB# 230002)
   pantehaabdollahi@paulhastings.com
4  ABIGAIL W. LLOYD (SB# 243971)
   abigaillloyd@paulhastings.com
5  PAUL HASTINGS LLP
   695 Town Center Drive
6  Seventeenth Floor
   Costa Mesa, CA  92626-1924
7  Telephone:  (714) 668-6200
   Facsimile:  (714) 979-1921
8
   KEVIN C. McCANN (SB# 120874)
9  kevinmccann@paulhastings.com
   PAUL HASTINGS LLP
10 55 Second Street, Twenty-Fourth Floor
   San Francisco, CA  94105-3441
11 Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
12
   Attorneys for Defendant
13 KOREAN AIRLINES CO., LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28