NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | MDL NO. 1891<br><br>MASTER FILE<br>CASE NO.: 2:07-CV-06542-SJO (AGRx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED INDIRECT PURCHASER CLASS ACTION COMPLAINT AND SETTING BRIEFING SCHEDULE** |

## **ORDER**

The parties' stipulation regarding the extension of time to respond to the Third Amended Indirect Purchaser Class Action Complaint by Korean Airlines Co., Ltd. ("Korean Air") is hereby approved.

Accordingly, for good cause shown, the Court hereby orders as follows:

1         Defendant Korean Airlines Co., Ltd. is hereby granted an extension to **October 31, 2011** to respond to the Third Amended Indirect Purchaser Class Action Complaint in the above-captioned matter.

        If Defendant Korean Airlines Co., Ltd. files a motion in response to the Third Amended Indirect Purchaser Class Action Complaint in the above-captioned matter, then the briefing schedule regarding the motion shall be as follows:

    1.    Indirect Purchaser Plaintiffs' deadline for filing an opposition to the motion shall be **November 28, 2011**;

    2.    Korean Air's deadline for filing a reply in support of the motion shall be **December 12, 2011**; and

    3.    A hearing on the motion shall be scheduled in this Court for January 9, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 15, 2011

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE

1  Respectfully Submitted:

2  DONALD L. MORROW (SB# 66922)
donaldmorrow@paulhastings.com
3  PANTEHA ABDOLLAHI (SB# 230002)
pantehaabdollahi@paulhastings.com
4  ABIGAIL W. LLOYD (SB# 243971)
abigaillloyd@paulhastings.com
5  PAUL HASTINGS LLP
695 Town Center Drive
6  Seventeenth Floor
Costa Mesa, CA  92626-1924
7  Telephone:  (714) 668-6200
Facsimile:  (714) 979-1921
8
KEVIN C. McCANN (SB# 120874)
9  kevinmccann@paulhastings.com
PAUL HASTINGS LLP
10  55 Second Street, Twenty-Fourth Floor
San Francisco, CA  94105-3441
11  Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
12
13  Attorneys for Defendant
KOREAN AIRLINES CO., LTD.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING STIP. TO EXTEND
TIME TO RESPOND TO TAC